**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALFONSO PEREZ-QUINTERO,<br><br>　　　　Defendant. | Case No.:  13CR3961-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the Information in Case No. 13CR3961-LAB against defendant ALFONSO PEREZ-QUINTERO be, and hereby is, dismissed without prejudice;

　　IT IS SO ORDERED.

DATED:  January 14, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge